Karren Kenney CA SBN 174874
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA  92626
855-505-5588

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | 20CR00238 |
| v. | **ORDER GRANTING** |
| ANDREW COLLINS | **WAIVER OF DEFENDANT'S PRESENCE** |
| | (Rule 43, Federal Rules of Criminal Procedure) |
| Defendant(s) | |

The undersigned defendant hereby waives the right to be present in person in open court upon hearing of any motion in this cause, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during or after trial: except upon arraignment, plea, impanelment of a jury and imposition of sentence.

The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

Date: 8-18-24

*Andrew Collins/kk*
Signature of Defendant

iN CUSTODY - FRESNO COUNTY JAIL
City, State, Zip Code

_____
Telephone Number

☐ Please check here if this is a change of address.

Date: 8-18-24

/s/Karren Kenney
Attorney for Defendant

**IT IS SO ORDERED.**

**DATED:** 8-19-2024

*Sheila K. Oberto*
**United States Magistrate Judge, Sheila K. Oberto**

WAIVER OF DEFENDANT'S PRESENCE
(Rule 43, Federal Rules of Criminal Procedure)