**Karren Kenney**
Kenney Legal Defense
California State Bar No. 174872
2900 Bristol Street, Suite C204
Costa Mesa, CA, 92626
Telephone: 855-505-5588
Karren@kenneylegaldefense.us

Attorney for Defendant Andrew Collins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW COLLINS,<br><br>    Defendant. | CASE NO. 1:20-CR-238-JLT-SKO<br><br>Hon.  Sheila K. Oberto<br>Date: October 16, 2024<br>Time: 1:00pm<br><br>**AMENDMENT TO REPLY BRIEF IN SUPPORT OF MOTION FOR BILL OF PARTICULARS** |

Defendant Andrew Collins' Reply to the Governments Opposition, Doc. #1313, presents a typographical error. The reply indicates that Mr. Collins is Victim-15 and should indicate that he is actually Victim-16.

Dated: October 9, 2024

                                                      *Karren Kenney*
                                          KARREN KENNEY
                                   Attorney for Andrew Collins