**Karren Kenney**
Kenney Legal Defense
California State Bar No. 174872
2900 Bristol Street, Suite C204
Costa Mesa, CA, 92626
Telephone: 855-505-5588
Karren@kenneylegaldefense.us


Attorney for Defendant Andrew Collins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW COLLINS,<br><br>    Defendant. | CASE NO. 1:20-CR-238-JLT-SKO<br><br>Hon.  Sheila K. Oberto<br>Date: October 16, 2024<br>Time: 1:00pm<br>**STIPULATION AND ORDER TO MODIFY MOTION SCHEDULE** |

**STIPULATION**

1. Defendant Andrew Collins has filed a Motion for Bill of Particulars, Doc. #1231. The government has filed an opposition to the motion. Doc. # 1277. Defendant Andrew Collins has filed a Reply to the Government's Opposition, Doc. #1313.

2. The Motion for Bill of Particulars was set for a hearing on October 16, 2024. Due to counsel's necessity to travel from the Central District of California and in the interest of conserving Criminal Justice Act (CJA) funds, it is respectfully requested that the motion hearing be rescheduled to

October 30, 2024, at which time both parties will be present for a Status Conference.

3.  The government has no objection to continuing the hearing on the defendant's motion to October 30, 2024, for the reasons defense counsel has given.

4.  Provided it is convenient for the Court's calendar, the parties hereby stipulate that the hearing set for October 16, 2024, may now be set for October 30, 2024.

Dated: October 9, 2024                          _/s/_Karren Kenney__
                                                KARREN KENNEY
                                                Attorney for Andrew Collins


                                                _/s/ James Conolly__
                                                JAMES CONOLLY
                                                Assistant United States Attorney


**ORDER**

For the reasons stated in the parties' stipulation, the Court finds good cause to continue the hearing on Defendant Collins' Motion for Bill of Particulars (Doc. 1231), and it is hereby continued to October 30, 2024, at 1p.m.

IT IS SO ORDERED.

DATED: 10/10/2024                          _Sheila K. Oberto_
                                           THE HONORABLE SHEILA K. OBERTO
                                           UNITED STATES MAGISTRATE JUDGE