# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH BASH, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:20-cr-00238-JLT-SKO<br><br>ORDER DENYING MOTION FOR BILL OF PARTICULARS<br><br>(Doc. 1956) |

Having reviewed the motion and opposition, and for the reasons set forth on the record, the Court in its discretion DENIES Defendant Andrew Collins' motion for a bill of particulars. (Doc. 1956.)

Both the Third Superseding Indictment and the operative Fourth Superseding Indictment set forth information regarding the racketeering enterprise and its formation, membership, command structure, codes of conduct, purposes of the enterprise and method and means used by the racketeering enterprise, as well as specific information regarding the racketeering conspiracy charge.

The Government shall continue, however, to provide information to which the defense is

1 entitled under the Federal Rules of Criminal Procedure.

3 IT IS SO ORDERED.

Dated: **August 6, 2025**         /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE