Gary G. Colbath
Senior Litigator
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant Andrew Collins*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW COLLINS,<br><br>        Defendant. | Case No. 1:20-cr-00238-JLT-SKO-21 |

**MOTION FOR CONDUCT OF *MARSDEN* HEARING**

COMES NOW, Gary G. Colbath, Assistant Federal Defender, and on behalf of Defendant Andrew Collins, moves the Court for the conduct of a *Marsden* hearing, *People v. Marsden*, 2 Cal. 3d 118, 84 Cal. Rptr. 156, 465 P.2d 44 (1970), and substitution of counsel in this matter. Defendant Andrew Collins requests a hearing before the court to permit him to personally invoke his right to a *Marsden* hearing and seek a substitution of counsel.

A defendant who seeks substitution of appointed counsel pursuant to *Marsden* is entitled to relief if the record clearly shows that the appointed counsel is not providing adequate representation or that defendant and counsel have become embroiled in such an irreconcilable conflict that ineffective representation is likely to result. *People v. Streeter*,

54 Cal. 4th 205, 142 Cal. Rptr. 3d 481, 278 P.3d 754 (2012). Accordingly, the court should hold a *Marsden* hearing to permit the Defendant to explain the basis of his request and contention and relate specific instances of inadequate performance in support thereof.

DATED this 7th day of October, 2025.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Senior Litigator

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the Eastern District of California by using the district's CM/ECF system on October 8, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gary G. Colbath*