Gary G. Colbath
Senior Litigator
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant Andrew Collins*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW COLLINS,<br><br>Defendant. | Case No. 1:20-cr-00238-JLT-SKO-21 |

**NOTICE AND MOTION TO RE-SET *MARSDEN* HEARING & FOR TELEPHONIC APPEARANCE OF COUNSEL**

COMES NOW, Gary G. Colbath and Samuel Eilers, Assistant Federal Defenders, and on behalf of Defendant Andrew Collins, move the Court to re-set the *Marsden* hearing (Dk. 2019), previously set in this matter for October 24, 2025. This matter should be re-set on the Court's calendar for **Wednesday November 19, 2025 at 2:00 p.m. before the duty Magistrate** hearing matters at that time.

In order to avoid further delay in the hearing of this matter, defense Counsel moves for the court's order permitting counsel to appear telephonically for the hearing. Counsel are located in Alaska and travel to Fresno for appearances is a two-day round trip process. In order to promote judicial and fiscal efficiency and ensure Defendant's motion is heard without undue further delay, telephonic appearance should be permitted.

DATED this 14th day of November, 2025.

                                          Respectfully submitted,

                                          FEDERAL PUBLIC DEFENDER
                                          DISTRICT OF ALASKA

                                          */s/ Gary G. Colbath*
                                          Gary G. Colbath
                                          Senior Litigator

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the Eastern District of California by using the district's CM/ECF system on November 14, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*